# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10    UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
MAY - 8 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Janie Elizabeth Maxieson

_____

(Full name of the Plaintiff(s) in this action)

v.                                       CIVIL ACTION NO. 4:23-CV-61-JHM
                                         (To be supplied by the clerk)

Miranda Thrasher Officer
Katlin Saltsman officer
Jason Woosley Jailer   (✓) DEMAND FOR JURY TRIAL
Desiree Walton Nurse   ( ) NO JURY TRIAL DEMAND
                           (Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Janie Elizabeth Maxieson

Place of Confinement: Grayson County Detention Center

Address: 300 Shaw Station Road Leitchfield KY 42754

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Miranda Thrasher__ is employed as __Officer__ at __Grayson County Detention Center__

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant __Katlin Salsman__ is employed as __Officer__ at __Grayson County Detention Center__

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(3) Defendant __Jason Woosley__ is employed as __Jailer__ at __Grayson County Detention Center__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant __Desiree Walton__ is employed as __Nurse__ at __Grayson County Detention Center__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

2

    (5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

    (A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

    (B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

    Parties to the previous lawsuit:

        Plaintiff(s): _____

                           _____

        Defendant(s): _____

                           _____

    Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

III. STATEMENT OF CLAIM(S)   Negligence & Malpractice

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

---

on previous grievance I wrote the wrong date. The correct date is 04-06-2023. on 04-06-2023 at the evening diabetic line officer Miranda Thrasher and officer Katlin came to give out the insulin they checked my sugar drew up 35 units of glargine insulin which is a long lasting insulin officer thrasher showed officer Katlin the needle and she confirmed the 35 units which in fact wasn't correct I'm suppose to recieve 15 units of glargine twice a day for a total of 30 units 15 in the am and 15 in the pm officer Katlin is very aware of my insulin intake as she administers my insulin daily. When officer Thrasher passed me the needle I checked the needle for air & the correct units. There was an extra 20 units in the needle and I asked what is this officer thrasher said what and I went on to tell her that I'm only supposed to recieve 15 units not 35 and she stated Oh yeah I forgot. That isn't acceptable the diabetic mar has the amount of insulin I should be given daily that is what should be acknowledged daily. This is the second time in less then 32

4

**III. STATEMENT OF CLAIM(S) continued** Negligence & MAlPRactice

days with these same two officers my life is being placed in danger im to the point to where im not wanting to take my medication from these officers on 04-10-2023 I spoke with my attorney he told me that the medical staff told the U.S. marshells that the officers involved had recieved additional training in drawing insulin after the first incident and that medical is monitoring whats going on.

5

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ __350,000__

___ grant injunctive relief by _____

✓ award punitive damages in the amount of $ __350,000__

✓ other: __To Be removed from this Jail & Be Checked By other medical Doctors.__

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __3rd__ day of __May__, 20__23__

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Grayson County Detention Center

Grayson County Detention Center

Grayson County Detention Center

MRS. Janie MaVieson #31135
300 Shaw Station Rd.
Leitchfield KY 42754

Clerk of United States District
423 Frederica Street
Owensboro KY 42

Western District

LOUISVILLE KY 402
FRI 05 MAY 2023 PM

PURPLE HEART FOREVER USA
PURPLE HEART